

00059

Free Credit Report & Score From Experian. Learn more.

**Find more items from the same seller. Bid or Buy Now!**



NEW Curved Shower Curtain Rod NIB Adjustable 38" to 67"

Buy It Now US $17.99



NEW!! TURTLE TIME WALL HANGING Sea Ocean Picture 1 of 4

Buy It Now US $14.99



NEW!! TURTLE TIME WALL HANGING Sea Ocean Picture 2 of 4

Buy It Now US $14.99



NEW!! TURTLE TIME WALL HANGING Sea Ocean Picture 3 of 4

Buy It Now US $14.99

Visit seller's Store

## Shipping and handling

**Ships to**
United States

Country: United States

| Shipping and Handling | To | Service |
|---|---|---|
| US $12.00 | United States | US Postal Service Priority Mail® Estimated delivery 2-3 days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
US $1.35 Optional

## Return policy

| | |
|---|---|
| **Item must be returned within:** | 7 Days |
| **Refund will be given as:** | Money Back |
| **Return policy details:** | I will allow returns if unsatisfied with your purchase. I will return full purchase price less shipping costs. I aim for 100% customer satisfaction. |

EXHIBIT B



00045

Free Credit Report & Score From Experian. Learn more.

**Find more items from the same seller. Bid or Buy Now!**



NEW Curved Shower Curtain Rod NIB Adjustable 38" to 67"

Buy It Now US $17.99



NEW!! TURTLE TIME WALL HANGING Sea Ocean Picture 1 of 4

Buy It Now US $14.99



NEW!! TURTLE TIME WALL HANGING Sea Ocean Picture 2 of 4

Buy It Now US $14.99



NEW!! TURTLE TIME WALL HANGING Sea Ocean Picture 3 of 4

Buy It Now US $14.99

Visit seller's Store

## Shipping and handling

**Ships to**
United States

Country: United States

| Shipping and Handling | To | Service |
|---|---|---|
| US $8.00 | United States | US Postal Service Priority Mail® Estimated delivery 2-3 days* |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Shipping insurance**
US $1.35 Optional

## Return policy

| | |
|---|---|
| **Item must be returned within:** | 7 Days |
| **Refund will be given as:** | Money Back |
| **Return policy details:** | I will allow returns if unsatisfied with your purchase. I will return full purchase price less shipping costs. I aim for 100% customer satisfaction. |

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|