
Jenny JEFF