*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

JENNY & JEFF DESIGNS, INC.

v. Civil Action No. 08-004-S

MICHELLE JOHNSON, d/b/a
MICHELLE9270

## *AFFIDAVIT IN PROOF OF SERVICE*

I, Richard D. Zimmerman, being duly sworn, hereby depose and state as follows:

1. I am the attorney of record for the plaintiff, Jenny & Jeff Designs, Inc, and have personal knowledge of the facts set forth in this affidavit;

2. On January 2, 2008, I caused the Complaint in this case to be filed with this Court against defendant Michelle Johnson, d/b/a Michelle9270 ("Johnson").

3. On March 14, 2008, I caused a copy of a summons and a copy of the Amended Complaint to be mailed to Johnson, at her residence in Byron, MN 55920.

4. Johnson acknowledged delivery of a copy of the summons and a copy of the Amended Complaint on March 17, 2008.

5. The original summons and a true and accurate copy of the return receipt are attached hereto.

6. Johnson has communicated with me on several occasions, acknowledging her receipt of the summons and Amended Complaint.

7. Thus, pursuant to Fed. R. Civ. P. 4(e)(1), Johnson was served on March 17, 2008.

Richard D. Zimmerman (#4043)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: rzimmerman@crfllp.com

Dated: April 4, 2008

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn before me on this 4th day of April, 2008.

Notary Public
My Commission Expires: 07-01-09

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Jenny and Jeff Designs, Inc.

V.

Michelle Johnson, d/b/a Michelle9270

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08 004S

TO: (Name and address of Defendant)

Michelle Johnson d/b/a Michelle9270
935 Ancaster Place
Byron, MN 55920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Zimmerman
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

an answer to the amended RZ complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended RZ complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/14/08

Wendy Stoit

(By) DEPUTY CLERK

507-775-6520

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michelle Johnson,
d/b/a Michelle9270
935 Ancaster Place
Byron, MN 55920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michelle J[illegible] ☒ Agent ☐ Addressee

B. Received by (Printed Name) Michelle Johnson

C. Date of Delivery 3-17-08

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

955 Ancaster PL NE
Byron mn 55920

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 0100 0000 1570 9563

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

17 MAR 2008 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Richard D. Zimmerman
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903