UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNY AND JEFF DESIGNS, INC. | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 08-004S |
| MICHELLE JOHNSON, d/b/a MICHELLE9270 | : | |
| Defendant | : | |

## STIPULATION EXTENDING TIME

In the above-entitled action, the parties agree that the time within which the defendant Michelle Johnson may answer or otherwise respond to the Amended Complaint filed by Plaintiff is extended to May 7, 2008. Court approval is not required pursuant to Local Rule CV 29(b).

JENNY & JEFF DESIGNS, INC.
By its attorneys,

/s/ Richard D. Zimmerman
/s/ Douglas J. Emanuel

Richard D. Zimmerman (#4043)
Douglas J. Emanuel (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: rzimmerman@crfllp.com

MICHELLE JOHNSON

Michelle Johnson
955 Ancaster Place NE
Byron, MN 55920
Tel: (507) 775-6520
Email: johnson_mba@hotmail.com