UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNY AND JEFF DESIGNS, INC.<br><br>Plaintiff<br><br>v.<br><br>MICHELLE JOHNSON,<br>d/b/a MICHELLE9270<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 08-004-S |

***STIPULATION OF DISMISSAL***
***PURSUANT TO RULE 41(a)1(i)***

Pursuant to Federal Rules of Civil Procedure Rule 41(a)1(i), Plaintiff hereby voluntarily dismisses this suit without prejudice.

JENNY & JEFF DESIGNS, INC.
By its attorneys,

/s/ Richard D. Zimmerman
/s/ Douglas J. Emanuel

Richard D. Zimmerman (#4043)
Douglas J. Emanuel (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: July 9, 2008